ENMIENDA A LA REGLA 8 DE CONDUCTA Y EFICIENCIA PARA LOS ALGUACILES Y ALGUACILES AUXILIARES DEL TRIBUNAL DE PRIMERA INSTANCIA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO.

*Número:* ER-97-2          *Resuelto:* 18 de abril de 1997

## RESOLUCIÓN

Por la presente se ordena añadir el segundo párrafo a la Regla 8 de Conducta y Eficiencia para los Alguaciles y Alguaciles Auxiliares del Tribunal de Primera Instancia del Estado Libre Asociado de Puerto Rico para que disponga lo siguiente:

Regla 8. Ideas y cuestiones políticas
    Salvo el derecho a sus propias ideas sobre cuestiones políticas y, desde luego, al sufragio, ningún alguacil aportará dinero, en forma directa o indirecta, a organismos o partidos políticos, ni ocupará cargo en los mismos o participará en campañas políticas de clase alguna.
    *Se prohíbe a todo Alguacil o Alguacil Auxiliar el uso de todo distintivo, emblema o logo, tales como la pava, la palma, la estrella, bandera de cualquier partido político y otros prendedores, botones y afiches que identifiquen al usuario con determinado partido político, en su vestimenta o sobre su persona, en forma visible, mientras dicho empleado o funcionario se halle en funciones de su trabajo o empleo y/o se encuentre dentro de alguno de los edificios o facilidades de la Rama Judicial.*

*Esta resolución tendrá vigencia inmediata.*

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino. El Juez Asociado Señor Corrada Del Río disintió de la parte de la resolución que prohíbe el uso de la estrella por entender que no se trata de un símbolo político

sino cultural y social, y que tal prohibición vulnera los derechos de expresión. Entiende, además, que la referencia a las banderas no incluye las de Puerto Rico y/o Estados Unidos, las cuales, por tratarse de símbolos patrios y no político-partidista, no están sujetas a la prohibición.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*